DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:06-cr-00157-LDG-GWF |
| vs. | ) |
| DENNIS OBEY, | ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO STRIKE DEFENDANT'S MOTION

On August 24, 2012, while represented by counsel, defendant filed a a *pro se* motion for to dismiss the indictment against him. Doc. 25. Local Rule IA 10-6(a) provides that a party who is represented by an attorney may not appear or act on his case.

Since defendant was represented by counsel on August 24, 2012, the United States respectfully asks this Court to strike defendant's motion.

DATED: this 27th day of August, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Nancy J. Koppe

NANCY J. KOPPE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA, )
                                   ) 2:06-cr-00157-LDG-GWF
     Plaintiff, )
                                   )
 vs. )
                                   ) **ORDER**
DENNIS OBEY, )
                                   )
     Defendant. )
                                   )

On August 24, 2012, while represented by counsel, defendant filed a *pro se* motion to dismiss the indictment against him on the above-named case. Doc. 25.

**IT IS HEREBY ORDERED** that Document 25, the defendant's motion, shall be stricken for violation of Local Rule IA 10-6(a).

**DATED** this  6th  day of September, 2012.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA, )
                          )   2:06-cr-00157-LDG-GWF
    Plaintiff,            )
                          )
vs.                       )
                          )
DENNIS OBEY,              )
                          )
    Defendant.            )
                          )

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 27, 2012, she served a copy of the attached **UNITED STATES' MOTION TO STRIKE DEFENDANT'S MOTION**, by electronic service through CM/ECF.

    Addressee:    Monique Kirtley, Esq.


                                    _____/s/ Nancy J. Koppe_____
                                    NANCY J. KOPPE